# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HERLINA MUNIR, | ) Case No.:  5:14-CV-02484-JAK-KK |
| Plaintiff, | ) **JUDGMENT**  **JS-6** |
| vs. | ) |
| OCWEN LOAN SERVICING, LLC; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

  On May 8, 2015, the Court granted Defendant OCWEN LOAN SERVICING, LLC's ("Defendant") Motion to Dismiss Plaintiff HERLINA MUNIR's ("Plaintiff") Complaint with prejudice.

  Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, with prejudice, as to

Defendant, and that a Judgment of Dismissal with prejudice be entered in favor of Defendant and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the Complaint against Defendant.

Dated: June 11, 2015   _____
Hon. John A. Kronstadt
United States District Judge